# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION MDL 2873 | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates To:**<br><br>*Berbano v. 3M Co., et al.*, 2:24-cv-02413-RMG<br>*Eglite v. 3M Co., et al.*, 2:23-cv-05166-RMG<br>*Gayron v. 3M Co., et al.*, 2:23-cv-01829-RMG<br>*Hansen v. 3M Co., et al.*, 2:24-cv-03682-RMG<br>*Kolda v. 3M Co., et al.*, 2:23-cv-05167-RMG<br>*Kouns v. 3M Co., et al.*, 2:23-cv-01568-RMG<br>*Kuempel v. 3M Co., et al.*, 2:23-cv-05169-RMG<br>*LaRose v. 3M Co., et al.*, 2:24-cv-00680-RMG<br>*Needham v. 3M Co., et al., 2:24-cv-03596-RMG*<br>*Pirrone v. 3M Co., et al.*, 2:23-cv-05170-RMG<br>*Russell v. 3M Co., et al.*, 2:24-cv-02466-RMG<br>*Tapia v. 3M Co., et al.*, 2:23-cv-05172-RMG<br>*Weitzel v. 3M Co., et al., 2:24-cv-02471-RMG* |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiffs filed complaints in the above-captioned actions against Defendant National Foam Inc. ("National Foam"). National Foam has not answered or moved in response to those complaints. Due to the Court's May 16, 2023 Text Order stating that the Kidde-Fenwal Bankruptcy has resulted in an automatic stay of claims against National Foam and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-captioned actions against National Foam without prejudice. Plaintiffs reserve their rights against all other defendants named in the above-captioned cases.

Dated: August 15, 2024									Respectfully submitted,

/s/ Jonathan K. Levine
Jonathan K. Levine
Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a true and correct copy of the foregoing via email to all counsel of record.

Dated: August 15, 2024

/s/ *Jonathan K. Levine*
Jonathan K. Levine
Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

*Attorneys for Plaintiffs*